## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS J. KAWA, )<br>)<br>      **Plaintiff,** )<br>)<br>vs. )<br>)<br>US BANCORP, INC., d/b/a U.S. BANK, )<br>N.A.; DUANE STREMPKE, individually )<br>and in his official capacity; BIORN )<br>CORPORATION; HS FINANCIAL )<br>GROUP, LLC; and UNIFUND CCR )<br>PARTNERS, )<br>)<br>      **Defendants.** ) | 8:08CV91<br><br>SCHEDULING ORDER |

This matter is before the magistrate judge for full pretrial supervision.

The court file shows that defendants Duane Strempke and Unifund CCR Partners, LLC were served with summons on May 19, 2008 and April 14, 2008, respectively. Neither of these defendants has filed any response to the complaint.

Defendants U.S. Bancorp, Biorn Corporation, and HS Financial Group successfully sought a more definite statement from the plaintiff and were granted an extension of time to August 29, 2008 in which to answer or respond to plaintiff's Amended Complaint (Doc. 18); however, as of this date, no responsive pleading has been filed.

**IT IS ORDERED:**

1. Plaintiff is given until **September 25, 2008** to obtain a Clerk's Entry of Default and file a motion for default judgment, or take other appropriate action to prosecute the case, as to defendants Duane Strempke and Unifund CCR Partners, LLC.

2. Defendants U.S. Bancorp, Biorn Corporation, and HS Financial Group shall, no later than **September 15, 2008**, file their answers or responses to plaintiff's Amended Complaint (Doc. 18). Failure to do so may result in the court's entering default against a non-responding party.

**DATED September 9, 2008.**

                                              BY THE COURT:

                                              s/ F.A. Gossett<br>
                                              **United States Magistrate Judge**