IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS J. KAWA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:08CV91 |
| | ) ORDER |
| DUANE STREMPKE, et al., | ) |
| Defendants. | ) |

This matter is before the court in plaintiff's Motion (Doc. 43) for leave to file a second amended complaint naming US Bank, N.A. as a defendant.[1] Upon the representation that the motion is unopposed,

**IT IS ORDERED:**

1. Plaintiff's Motion (Doc. 43) is granted. Plaintiff shall file and serve the Second Amended Complaint no later than **November 25, 2008.**

2. Defendants Biorn Corporation, HS Financial Group, LLC, Unifund CCR Partners, and Duane Strempke shall answer or otherwise respond to the Second Amended Complaint within **14 days** of service thereof.

DATED November 17, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] The motion is not in the form required by NECivR 15.1. Since the motion is uncontested, the court will not require strict compliance with the local rule in this instance. The court will require full compliance with NECivR 15.1 as to any future motions for leave to amend pleadings.