# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS J. KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV91 |
| | ) | |
| US BANK, NA, et al., | ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |

Judge Smith Camp has this date ruled on the defendants' Motion to Dismiss and has ordered defendants Strempke, US Bank, NA, Biorn Corporation, HS Financial Group, and Unifund CR Partners to respond to plaintiff's remaining claims by March 23, 2009.

**IT IS ORDERED** that counsel for the remaining parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court no later than **April 15, 2009.**

**DATED March 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**