# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS J. KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK, NA; DUANE STREMPKE, Individually and in his Official Capacity; BIORN CORPORATION; HS FINANCIAL GROUP, LLC; and UNIFUND CCR PARTNERS, | ) ) ) ) ) ) | 8:08CV91<br><br>ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Extension of Progression Deadline (Doc. 80) and Motion for Leave to file a Third Amended Complaint (Doc. 81). The defendants did not file any response in opposition to the motions. Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED:**

1. The Motion for Extension of Progression Deadline (Doc. 80) is granted.

2. The Motion for Leave to file a Third Amended Complaint (Doc. 81) is granted. Plaintiff shall file and serve the Third Amended Complaint no later than **July 31, 2009.** Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED July 21, 2009.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge